**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000077
30-NOV-2022
08:40 AM
Dkt. 191 OAWST**

NO. CAAP-17-0000077


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


MARK D. LOUVIERE, Claimant-Appellant/Cross-Appellee,
v.
HILTON HAWAIIAN VILLAGE, LLC,
Employer-Appellee/Cross-Appellant,
and
SEDGWICK CMS-HAWAII, Insurance Carrier-Appellee/Cross-Appellant,
and
SPECIAL COMPENSATION FUND, Appellee/Cross-Appellant


APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2014-027; DCD NO.: 2-08-06806)
(CASE NO. AB 2014-028; DCD NO.: 2-04-03545)


ORDER
(By: Leonard, Presiding Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal and Cross-Appeal (**Stipulation to Dismiss**), filed October 19, 2022 (JIMS dkt. 184), by counsel for Employer-Appellee/Cross-Appellant Hilton Hawaiian Village LLC and Insurance Carrier-Appellee/Cross-Appellant Sedgwick CMS-Hawaii, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs except as previously ordered by this court; (3) the stipulation is dated and signed by all parties appearing in the appeal; and (4) the dismissal is authorized by Rule 42(b) of the Hawai'i Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Stipulation to Dismiss is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs, except as previously ordered by this court.

DATED:  Honolulu, Hawaiʻi, November 30, 2022.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge